UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Veda Bennett,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Lustig, Glaser & Wilson, P.C.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.:  1:14-cv-12145-DPW |

### STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Lustig, Glaser & Wilson, P.C. with prejudice and without costs to any party.

**DATED:** August 29, 2014

| Veda Bennett | Lustig, Glaser & Wilson, P.C. |
|---|---|
| /s/ Sergei Lemberg | /s/ Brian F. Hogencamp |
| Sergei Lemberg, Esq. | Brian F. Hogencamp, Esq |
| BBO No.: 650671 | Lustig, Glaser & Wilson P.C. |
| LEMBERG LAW, LLC | P.O. box 549287 |
| 1100 Summer Street, 3rd Floor | Waltham, MA 02454 |
| Stamford, CT  06905 | (781) 514-1524 |
| (203) 653-2250 | bhogencamp@lgw.com |
| slemberg@lemberglaw.com | Attorney for Defendants |
| Attorney for Plaintiff | |

SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Brian F. Hogencamp, Esq
Lustig, Glaser & Wilson P.C.
P.O. box 549287
Waltham, MA 02454

                                              By  /s/ Sergei Lemberg
                                                    Sergei Lemberg